UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
SOLOMON ROSENBERG,
           Plaintiff,

v.

TRANS UNION, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.;
EQUIFAX INFORMATION SERVICES, LLC;
and TOYOTA MOTOR CREDIT
CORPORATION,
           Defendants.
--------------------------------------------------------------x

**ORDER OF**
**PARTIAL DISMISSAL**

21 CV 245 (VB)

    The Court has been advised plaintiff and defendant Toyota Motor Credit Corporation ("Toyota") have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is dismissed as to Toyota Motor Credit Corporation without costs, and without prejudice to the right to restore Toyota to the action, provided the application to restore Toyota to the action is made by no later than May 31, 2021. To be clear, any application to restore Toyota to the action must be filed by May 31, 2021, and any application to restore Toyota to the action filed thereafter may be denied solely on the basis that it is untimely.

    The Clerk is instructed to terminate Toyota Motor Credit Corporation from the docket.

Dated: April 2, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge