```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
SOLOMON ROSENBERG,                              :
                        Plaintiff,              :
v.                                              :
                                                :    ORDER OF
                                                :    PARTIAL DISMISSAL
TRANS UNION, LLC; EXPERIAN                      :
INFORMATION SOLUTIONS, INC.;                    :    21 CV 245 (VB)
EQUIFAX INFORMATION SERVICES, LLC;              :
and TOYOTA MOTOR CREDIT                         :
CORPORATION,                                    :
                        Defendants.             :
--------------------------------------------------------------x
```

The Court has been advised plaintiff and defendant Experian Information Solutions, Inc. ("Experian"), have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is dismissed as to Experian Information Solutions, Inc., without costs, and without prejudice to the right to restore Experian to the action, provided the application to restore Experian to the action is made by no later than June 7, 2021. To be clear, any application to restore Experian to the action must be filed by June 7, 2021, and any application to restore Experian to the action filed thereafter may be denied solely on the basis that it is untimely.

The Clerk is instructed to terminate Experian Information Solutions, Inc. from the docket.

Dated: April 7, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge